IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREA JOHNSON                                                                PLAINTIFF

VS.                             CASE NO. 09-4012

TEXARKANA ARKANSAS SCHOOL
DISTRICT NO. 1; IN THEIR OFFICIAL
CAPACITY AS MEMBER OF THE BOARD
OF DIRECTORS OF THE TEXERKANA
SCHOOL DISTRICT NO. 1; JIMMY HICKEY, JR.,
PRESIDENT, CAROL DALBY, SECRETARY,
SHELBY BROWN, JESSE BUSHANANI, DONALD
NELSON and ADGER SMITH; AND RUSSELL
SAPAUGH, IN HIS INDIVIDUAL CAPACITY AS
SUPERINTENDENT OF THE TEXARKANS SCHOOL
DISTRICT NO. 1,                                                               DEFENDANTS

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff respectfully moves the Court to allow her to file the amended Complaint which is submitted herewith.  The original complaint sought preliminary injunctive relief to prevent the defendant from terminating her without a fair hearing as provided by state and federal law.  Plaintiff was terminated on or about April 7, 2009.  That requested relief is no longer appropriate.  The amended complaint addresses the issue of termination under federal and state law.

There has not been an amendment of the pleadings.  The amended complaint is necessary in order for this matter to proceed.

1

Undersigned counsel has inquired of defense counsel Ned Stewart's office regarding whether he opposes the amendment. He is unavailable. Counsel will make another attempt to reach Mr. Stewart to secure his consent on June 22, 2009.

The Court has the power to authorize the amendment pursuant to FRCP, Rule 15(d). The proposed complaint is attached hereto as Exhibit A.

WEREFORE, plaintiff respectfully prays that she be allowed to amend her complaint as set forth in the Amended Complaint herewith.

Respectfully submitted,

/s/ John W. Walker – 64046
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
501-374-4187 (facsimile)

**CERTIFICATE OF SERVICE**

I do hereby state that a copy of the foregoing has been served on all counsel of record including counsel for the defendants by utilizing the CM/ECF filing on this 19th day of June, 2009.

Ned Stewart -  autreystewart@cs.com

/s/ John W. Walker