IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREA JOHNSON                                                                   PLAINTIFF

VS.                                            CASE NO. 09-4012

TEXARKANA ARKANSAS SCHOOL
DISTRICT NO. 1; IN THEIR OFFICIAL
CAPACITY AS MEMBER OF THE BOARD
OF DIRECTORS OF THE TEXERKANA
SCHOOL DISTRICT NO. 1; JIMMY HICKEY, JR.,
PRESIDENT, CAROL DALBY, SECRETARY,
SHELBY BROWN, JESSE BUSHANANI, DONALD
NELSON and ADGER SMITH; AND RUSSELL
SAPAUGH, IN HIS INDIVIDUAL CAPACITY AS
SUPERINTENDENT OF THE TEXARKANS SCHOOL
DISTRICT NO. 1,                                                                  DEFENDANTS

**BRIEF IN SUPPORT OF
<u>MOTION FOR LEAVE TO AMEND COMPLAINT</u>**

Because the original complaint sought preliminary injunctive relief which was made moot by defendants' termination of plaintiff. It is appropriate that plaintiff's pleading be amended to address the issues raised therein and consequent termination of plaintiff. The amendment sought addresses the issues to be determined.

FRCP Rule 15(d) allows the Court to amend or supplement the pleadings. Amendment of the pleading is preferable to having the original complaint dismissed. The proposed complaint addresses all of the issues raised in the original complaint. The

1

primary difference is the action to be enjoined has occurred to plaintiff's detriment. She is entitled to be heard on her termination pursuant to 42 U.S.C. 1983.

The defense counsel was unavailable at the time of the anticipated filing. Accordingly, undersigned counsel will seek to obtain his consent to the filing pursuant to Rule 15(a)(2). That rules requires that amendments be freely allowed.

For the foregoing reasons, plaintiff respectfully prays that the Court enter an Order allowing her to file the Amended Complaint submitted herewith.

                Respectfully submitted

                /s/ John W. Walker – 64046
                JOHN W. WALKER, P.A.
                1723 Broadway
                Little Rock, Arkansas 72206
                501-374-3758
                501-374-4187 (facsimile)

## **CERTIFICATE OF SERVICE**

I do hereby state that a copy of the foregoing has been served on counsel for the defendants by utilizing the CM/ECF filing on this 19th day of June, 2009.

Ned Stewart -   autreystewart@cs.com

                /s/ John W. Walker