IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDREA JOHNSON                                                                   PLAINTIFF

VS.                              CASE NO. 4:09-CV-4012

TEXARKANA ARKANSAS
SCHOOL DISTRICT NO. 7, et al.                                        DEFENDANTS

## ORDER

       Before the Court is an Agreed Motion to Vacate Judgment filed by the parties. (ECF No. 111). The motion states that all matters between the parties have been settled and resolved. As a condition of the settlement, the parties request that the Court vacate its September 29, 2011 judgment against Defendants. (ECF No. 93). Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, pursuant to Federal Rule of Civil Procedure 60(b), the Agreed Motion to Vacate Judgment (ECF No. 111) is hereby **GRANTED**.

       IT IS SO ORDERED, this 23rd day of March, 2012.

                                                             /s/ Harry F. Barnes
                                                             Hon. Harry F. Barnes
                                                             United States District Judge